**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **CHRISTOHER LEE DIAZ** <br><br> Debtor. | § § § § § § § | Case No. 11-53402 |
| **CHRISTOPHER LEE DIAZ,** <br><br> Plaintiff, <br><br> v. <br><br> **NAVIENT SOLUTIONS, LLC, NAVIENT CREDIT FINANCE CORP., NAVIENT PRIVATE LOAN TRUST, NAVIENT FEDERAL LOAN TRUST AND VL FUNDING, LLC** <br><br> Defendants. | § § § § § § § § § § § § § § § § | Adv. Pro. No. 21-05107 |

1

# ORDER GRANTING
# PLAINTIFF CHRISTOPHER LEE DIAZ'S S APPLICATION FOR PRELIMINARY INJUNCTION

CAME ON TO BE CONSIDERED the Application for Preliminary Injunction (the "*Application*") filed by Plaintiff Christopher Lee Diaz. The Court finds that such Application should be GRANTED for the reasons stated on the record which are incorporated herein by reference.

IT IS THEREFORE ORDERED that Defendants and those acting in concert with them, including any agents, servants, employees, are enjoined from taking the following actions pending the trial of this case:

1. Taking any action to collect any amount due and owing under the following debts owed by Plaintiff (the "Loans"):

| NUMBER (LAST FOUR DIGITS) | TYPE | CURRENT HOLDER | AMOUNT |
|---|---|---|---|
| 0618 | Signature Student | Navient Private Loan Trust | $20,000.36 |
| 0894 | Tuition Answer | Navient Credit Finance Corp. | $12,649.67 |
| 0902 | Tuition Answer | Navient Credit Finance Corp. | $7,426.79 |
| 0910 | Tuition Answer | Navient Credit Finance Corp. | $8,947.57 |
| 0928 | Tuition Answer | VL Funding, LLC | $6,830.14 |
| 0936 | Tuition Answer | Navient Federal Loan Trust | $5,726.18 |
| 0944 | Tuition Answer | Navient Federal Loan Trust | $9,677.74 |
| 0951 | Tuition Answer | Navient Federal Loan Trust | $7,670.37 |
| 0969 | Tuition Answer | Navient Federal Loan Trust | $8,637.85 |
| 0977 | Tuition Answer | Navient Credit Finance Corp. | $8,241.23 |
| 0985 | Tuition Answer | Navient Credit Finance Corp. | $11,236.44 |
| 0993 | Tuition Answer | Navient Credit Finance Corp. | $10,900.81 |
| 1009 | Tuition Answer | Navient Credit Finance Corp. | $13,078.91 |
| 1017 | Tuition Answer | Navient Credit Finance Corp. | $8,765.36 |
| 1025 | Tuition Answer | Navient Private Loan Trust | $12,997.35 |
| 1033 | Tuition Answer | Navient Private Loan Trust | $5,489.85 |

| | | | |
|---|---|---|---|
| 1041 | Tuition Answer | Navient Private Loan Trust | $14,220.86 |
| 1058 | Tuition Answer | Navient Credit Finance Corp. | $12,697.90 |
| 1066 | Tuition Answer | Navient Credit Finance Corp. | $11,455.50 |
| | | **TOTAL** | **$196,650.88** |

2. Taking any action to report the status of any of the Loans to any credit reporting agency covered by the Fair Credit Reporting Act.

IT IS FURTHER ORDERED that Plaintiff shall post a bond in the amount of $100.00 with the United States Bankruptcy Clerk before this order shall take effect.

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731