IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: July 14, 2022.



_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: § | CASE NO. 11-53402 | |
| § | | |
| CHRISTOPHER LEE DIAZ, § | | |
| Debtor § | | |
| § | | |
| CHRISTOPHER LEE DIAZ, § | ADVERSARY NO. <u>21-05107</u> | |
| Plaintiff § | | |
| § | | |
| v. § | | |
| § | | |
| NAVIENT SOLUTIONS, LLC, § | | |
| NAVIENT CREDIT FINANCE § | | |
| CORP., NAVIENT PRIVATE LOAN § | | |
| TRUST, NAVIENT FEDERAL LOAN § | | |
| TRUST AND VL FUNDING, LLC § | | |
| Defendant § | | |

### *ORDER GRANTING AGREED MOTION TO DISMISS*

CAME ON TO BE CONSIDERED Plaintiff's Agreed Motion to Dismiss. The Court finds that such motion should be GRANTED.

IT IS THEREFORE ORDERED that this case is hereby dismissed with prejudice.

### #

Approved as to form and substance:

*/s/Stephen W. Sather*
Stephen W. Sather
Attorney for Plaintiff

*/s/Joseph A. Florczak*
Joseph A. Florczak
Attorney for Defendants


Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731

Diaz,
    Plaintiff

Navient Solutions, LLC,
    Defendant

Adv. Proc. No. 21-05107-cag

# CERTIFICATE OF NOTICE

District/off: 0542-5     User: admin     Page 1 of 2
Date Rcvd: Jul 14, 2022     Form ID: pdfintp     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Christopher Lee Diaz, 10815 Cougar Chase, San Antonio, TX 78251-4089 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion07.cc.ecf@usdoj.gov | Jul 14 2022 22:00:00 | US Trustee, 606 N Carancahua, Corpus Christi, TX 78401-0680 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jul 14 2022 22:00:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78295-1601 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Stephen W. Sather | on behalf of Plaintiff Christopher Lee Diaz ssather@bn-lawyers.com phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;banderson@bn-lawyers.com |
| Thomas M. Farrell | |

| | |
|---|---|
| | on behalf of Defendant Navient Credit Finance Corp. tfarrell@mcguirewoods.com  pfaulk@mcguirewoods.com |
| Thomas M. Farrell | |
| | on behalf of Defendant Navient Private Loan Trust tfarrell@mcguirewoods.com  pfaulk@mcguirewoods.com |
| Thomas M. Farrell | |
| | on behalf of Defendant Navient Federal Loan Trust tfarrell@mcguirewoods.com  pfaulk@mcguirewoods.com |
| Thomas M. Farrell | |
| | on behalf of Defendant VL Funding  LLC tfarrell@mcguirewoods.com, pfaulk@mcguirewoods.com |
| Thomas M. Farrell | |
| | on behalf of Defendant Navient Solutions  LLC tfarrell@mcguirewoods.com, pfaulk@mcguirewoods.com |

TOTAL: 6